MARKS, Respondent, v. MAGID et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Michael Marks against David Magid and another. W. E. Ernst, of New York City, for appellant. B. E. Messler, of New York City, for respondent. No opinion. Determina-

tion (153 N. Y. Supp. 940) reversed, with costs in this court and in the Appellate Term, and order of Municipal Court affirmed. Order filed.